sary party is reviewed for abuse of discretion); *Davis v. Va. Commonwealth Univ.,* 180 F.3d 626, 627 (4th Cir.1999) (district court's order denying motion to amend is reviewed for abuse of discretion).

Thomas Switzer's claims had already been ruled upon in arbitration by the time he moved for joinder. Thus, we find the district court did not abuse its discretion in concluding that Switzer could not attempt to relitigate his own claims by claiming the right to join his spouse's case.

Terri Switzer challenges the district court's denial of her Fed.R.Civ.P. 60(b) motion for reconsideration. We have reviewed the record and finding no error, we affirm for the reasons stated by the district court. *Switzer v. Credit Acceptance Corp.,* No. 5:09–cv–00042–sgw–jgw (W.D.Va. Apr. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Francis Akinro, Appellant Pro Se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Akinro v. Baltimore U.S. Post Office Policemen,* No. 1:10–cv–01151–JFM (D.Md. May 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Francis AKINRO, Plaintiff—Appellant,

v.

BALTIMORE U.S. POST OFFICE POLICEMEN, et al., Defendant—Appellee.

No. 10–1580.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2010.

Decided: July 30, 2010.

UNITED STATES of America, Plaintiff—Appellee,

v.

Clarence HICKS, a/k/a Bunky, Defendant—Appellant.

No. 10–6563.

United States Court of Appeals, Fourth Circuit.

Submitted July 22, 2010.

Decided Aug. 3, 2010.